

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN THE INTEREST OF R. A. A., T. J. A.      §          No. 08-19-00213-CV
AND S. M. A., CHILDREN,

§          Appeal from the
            Appellant.

§          65th District Court

§          of El Paso County, Texas

§          (TC# 2018DCM5057)

§

# **O R D E R**

In order to protect the identity of the minor children who are the subject of this appeal, the Court has determined on its own motion that it is necessary to identify the children by their initials, R. A. A., T. J. A. and S. M. A., and the parent by initials as well, in all papers submitted to the Court, including letters, motions, and briefs. *See* Tex.R.App.P. 9..8.  The Court will also refer to the children and parent by their initials in correspondence, orders, and in its opinion and judgment.

IT IS SO ORDERED this 21st day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.